**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBERT BEVERLY,**

|                          |                      |
|--------------------------|----------------------|
| **Plaintiff,**           | **1:18-cv-1293**     |
|                          | **(GLS/DJS)**        |
| **v.**                   |                      |

**COUNTY OF RENSSELAER et al.,**

**Defendants.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF:**
ALBERT BEVERLY
Plaintiff, *Pro Se*
Rensselaer County Jail
4000 Main Street
Troy, New York 12180

**Gary L. Sharpe**
**Senior District Judge**

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly filed on December 12, 2018. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

Plaintiff's objections are non-specific and warrant review for clear

error only.[1]  *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484,

2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006).  Having carefully

reviewed the R&R for clear error, the court finds none and adopts the R&R

in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 7)

is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's claims against defendants Hon. Jill Kehn,

Hon. Debra Young, Hon. Joel Abelove, Melissa Benson, and Marc Pallozi

are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that plaintiff's claims against defendants County of

Rensselaer, Rensselaer County Sheriff's Department, Sheriff Patrick

Russo, Sergeant J.E. Panichi, Deputy J.W. Manzer, Sarah E. Romano,

and Six Unknown City of Watervliet Police Officers are **DISMISSED**

**WITHOUT PREJUDICE**; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** as outlined

above; and it is further

─────────────────

[1] In fact, it seems that plaintiff agrees with, or, at least, recognizes,
the "deficiencies pointed out by" the R&R.  (Dkt. No. 8 ¶ 4.)

**ORDERED** that plaintiff may, within thirty (30) days of the date of this Order file an amended complaint in an effort to cure the deficiencies outlined in the R&R.  The amended complaint must be a wholly integrated and complete pleading that does not rely upon or incorporate by reference any pleading or document previously filed with the court.  Should plaintiff fail to file an amended complaint, the Clerk shall close the case and enter judgment without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

January 22, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge